JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

NOV 1 9 2004

FILED
CLERK'S OFFICE

## DOCKET NO. 1629

## BEFORE THE JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

## IN RE NEURONTIN MARKETING AND SALES PRACTICES LITIGATION

### (SEE ATTACHED SCHEDULE)

### CONDITIONAL TRANSFER ORDER (CTO-1)

On October 26, 2004, the Panel transferred 23 civil actions to the United States District Court for the District of Massachusetts for coordinated or consolidated pretrial proceedings pursuant to 28 U.S.C. § 1407. With the consent of that court, all such actions have been assigned to the Honorable Patti B. Saris.

It appears that the actions on this conditional transfer order involve questions of fact which are common to the actions previously transferred to the District of Massachusetts and assigned to Judge Saris.

Pursuant to Rule 7.4 of the Rules of Procedure of the Judicial Panel on Multidistrict Litigation, 199 F.R.D. 425, 435-36 (2001), these actions are transferred under 28 U.S.C. § 1407 to the District of Massachusetts for the reasons stated in the order of October 26, 2004, ___ F. Supp. 2d ___ (J.P.M.L. 2004), and, with the consent of that court, assigned to the Honorable Patti B. Saris.

This order does not become effective until it is filed in the Office of the Clerk of the United States District Court for the District of Massachusetts. The transmittal of this order to said Clerk shall be stayed fifteen (15) days from the entry thereof and if any party files a notice of opposition with the Clerk of the Panel within this fifteen (15) day period, the stay will be continued until further order of the Panel.

FOR THE PANEL:

*Michael J. Beck*
Michael J. Beck
Clerk of the Panel

Inasmuch as no objection is
pending at this time, the
stay is lifted.

DEC - 7 2004

CLERK'S OFFICE
JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

## SCHEDULE CTO-1 - TAG ALONG ACTIONS
## DOCKET NO. 1629
## IN RE NEURONTIN MARKETING AND SALES PRACTICES LITIGATION

**DISTRICT  DIV. C.A.#**

**ALABAMA MIDDLE**
ALM    2   04-711          Alabama Forest Products Industry Workmen's Compensation Self-Insurer's Fund v. Pfizer, Inc., et al.

**ALABAMA SOUTHERN**
ALS    1   04-463          Nancy Coleman, et al. v. Pfizer, Inc., et al.

**FLORIDA SOUTHERN**
FLS    1   04-22228        Ana Medero, et al. v. Pfizer, Inc., et al.

**ILLINOIS NORTHERN**
ILN    1   04-4467         Allied Services Division Welfare Fund v. Pfizer, Inc., et al.

**LOUISIANA EASTERN**
LAE    2   04-1735         Linda Rizzo v. Pfizer, Inc.
LAE    2   04-2087         Tracey Lynn Robichaux, et al. v. Pfizer, Inc.
LAE    2   04-2509         Louisiana Health Service Indemnity Co. v. Pfizer, Inc., et al.

**MISSOURI EASTERN**
~~MOE    4   04-982~~      ~~Elizabeth Judy v. Pfizer, Inc., et al.~~ Vacated 12/1/04

**MISSISSIPPI NORTHERN**
~~MSN    2   04-255~~      ~~Mary Cooper, et al. v. Pfizer, Inc.~~ Opposed 12/1/04
~~MSN    4   04-275~~      ~~Leroy Anderson, et al. v. Pfizer, Inc., et al.~~ Opposed 12/1/04

**NEW JERSEY**
NJ     2   04-4236         Steven Kail, et al. v. Pfizer, Inc., et al.
NJ     2   04-4497         International Union of Operating Engineers Local No. 68 Welfare Fund v. Pfizer, Inc., et al.
NJ     2   04-4593         Alaska Electrical Pension Fund v. Pfizer, Inc., et al.

**OKLAHOMA EASTERN**
OKE    6   04-375          Jerry Hollaway, et al. v. Pfizer, Inc., et al.

**TENNESSEE EASTERN**
TNE    2   04-337          Bauda V.L. Sutton v. Pfizer, Inc., et al.

**TEXAS EASTERN**
~~TXE    2   04-309~~      ~~Linda Barker v. Pfizer, Inc., et al.~~ Opposed 12/7/04

# U.S. District Court
## District of New Jersey [LIVE] (Newark)
## CIVIL DOCKET FOR CASE #: 2:04-cv-04593-JAP-MCA

04cv12623

| | |
|---|---|
| ALASKA ELECTRICAL PENSION FUND v. PFIZER INC et al | Date Filed: 09/22/2004 |
| Assigned to: Judge Joel A. Pisano | Jury Demand: Plaintiff |
| Referred to: Magistrate Judge Madeline C. Arleo | Nature of Suit: 470 Racketeer/Corrupt Organization |
| Cause: 18:1962 Racketeering (RICO) Act | Jurisdiction: Federal Question |

**Plaintiff**

**ALASKA ELECTRICAL PENSION FUND**
*On Behalf of Itself and Others Similarly Situated*

represented by **BARRY A KNOPF**
COHN, LIFLAND, PEARLMAN, HERRMANN & KNOPF, ESQS
PARK 80 PLAZA WEST ONE
SADDLE BROOK, NJ 07662
(201) 845 9600
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

V.

**Defendant**

**PFIZER INC**

represented by **RICHARD G. PLACEY**
MONTGOMERY, MCCRACKEN, WALKER & RHOADS, ESQS.
LIBERTY VIEW, 6TH FLOOR
457 HADDONFIELD ROAD
CHERRY HILL, NJ 08002
(856) 488-7700
Email: rplacey@mmwr.com
*ATTORNEY TO BE NOTICED*

**Defendant**

**WARNER-LAMBERT COMPANY**

represented by **RICHARD G. PLACEY**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Defendant**

**PARKE-DAVIS**
*a Division of WARNER-LAMBERT COMPANY*

represented by **RICHARD G. PLACEY**
(See above for address)
*ATTORNEY TO BE NOTICED*

| Date Filed | # | Docket Text |
|---|---|---|
| 09/22/2004 | 1 | COMPLAINT against PARKE-DAVIS, PFIZER INC, WARNER-LAMBERT COMPANY ( Filing fee $ 150 receipt number 326250.) |

|  |  | JURY DEMAND, filed by ALASKA ELECTRICAL PENSION FUND. (ji, ) (Entered: 09/23/2004) |
|---|---|---|
| 09/23/2004 |  | Summons Issued as to PARKE-DAVIS, PFIZER INC, WARNER-LAMBERT COMPANY.Days Due - 20 (MAILED TO COUNSEL). (ji, ) (Entered: 09/23/2004) |
| 10/15/2004 | 2 | AMENDED DOCUMENT by ALASKA ELECTRICAL PENSION FUND. *CORRECTED Complaint for Violations of the Racketeer Influenced and Corrupt Organizations Act, the New Jersey Consumer Fraud Act, for Unjust Enrichment and Request for Injunctive Relief (Demand for Jury Trial).* (PEARLMAN, PETER) (Entered: 10/15/2004) |
| 12/08/2004 | 3 | NOTICE of Appearance by RICHARD G. PLACEY on behalf of all defendants (PLACEY, RICHARD) (Entered: 12/08/2004) |
| 12/08/2004 | 4 | CONSENT ORDER WAIVING SERVICE UNDER F.R.CIV.P.4(d), AND SETTING TIME WITHIN WHICH DEFTS. SHALL RESPOND TO COMPLAINT PENDING TRANSFER TO THE NEURONTIN MDL COURT. Signed by Judge Madeline C. Arleo on 12/6/04. (dc, ) (Entered: 12/09/2004) |

| PACER Service Center | | | |
|---|---|---|---|
| Transaction Receipt | | | |
| 12/14/2004 16:06:06 | | | |
| PACER Login: | us2510 | Client Code: |  |
| Description: | Docket Report | Search Criteria: | 2:04-cv-04593-JAP-MCA Start date: 1/1/1970 End date: 12/14/2004 |
| Billable Pages: | 1 | Cost: | 0.07 |