# UNITED STATES DISTRICT COURT
## DISTRICT OF NEW JERSEY
### OFFICE OF THE CLERK

50 Walnut Street
NEWARK, NEW JERSEY 07101

CAMDEN OFFICE
1 John F. Gerry Plaza
CAMDEN, NJ 08101

WILLIAM T. WALSH
Clerk

TRENTON OFFICE
402 EAST STATE STREET
ROOM 2020
TRENTON, NJ 08608

REPLY TO: NEWARK

January 4, 2005

Office of the Clerk
United States District Court
District of Massachusetts
1 Courthouse Way
Boston, MA 02210

Re:   **ALASKA ELECTRICAL PENSION FUND V. PFIZER INC. ET AL**
       **Civil Docket No. 04-4593(JAP)**

Dear Mr. Anastas:

The above-captioned case has been transferred to your court pursuant to the enclosed Certified copy of the Multi-District Litigation Order filed on 12/21/04. Also enclosed is a Certified Copy of the Docket Sheet. You can obtain the original record by accessing CM/ECF through PACER. Kindly acknowledge receipt on the duplicate of this letter, which is provided for your convenience.

Very truly yours,

WILLIAM T. WALSH, Clerk

By:   Darlene Carr
       Deputy Clerk

RECEIPT ACKNOWLEDGED BY: Christine Patt    DATE: 1/13/05

YOUR CIVIL DOCKET NUMBER: 04cv12623-PBS

CLOSED

# U.S. District Court
## District of New Jersey [LIVE] (Newark)
## CIVIL DOCKET FOR CASE #: 2:04-cv-04593-JAP-MCA

| | |
|---|---|
| ALASKA ELECTRICAL PENSION FUND v. PFIZER INC et al | Date Filed: 09/22/2004 |
| Assigned to: Judge Joel A. Pisano | Jury Demand: Plaintiff |
| Referred to: Magistrate Judge Madeline C. Arleo | Nature of Suit: 470 Racketeer/Corrupt Organization |
| Cause: 18:1962 Racketeering (RICO) Act | Jurisdiction: Federal Question |

**Plaintiff**

**ALASKA ELECTRICAL PENSION FUND**
*On Behalf of Itself and Others Similarly Situated*

represented by **BARRY A KNOPF**
COHN, LIFLAND, PEARLMAN, HERRMANN & KNOPF, ESQS
PARK 80 PLAZA WEST ONE
SADDLE BROOK, NJ 07662
(201) 845 9600
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**PETER S. PEARLMAN**
COHN, LIFLAND, PEARLMAN, HERRMANN & KNOPF, LLP
PARK 80 PLAZA WEST ONE
SADDLE BROOK, NJ 07663
(201) 845-9600
Email: PSP@njlawfirm.com
*LEAD ATTORNEY*

V.

**Defendant**

**PFIZER INC**

represented by **RICHARD G. PLACEY**
MONTGOMERY, MCCRACKEN, WALKER & RHOADS, ESQS.
LIBERTY VIEW, 6TH FLOOR

457 HADDONFIELD ROAD  
CHERRY HILL, NJ 08002  
(856) 488-7700  
Email: rplacey@mmwr.com  
*ATTORNEY TO BE NOTICED*

**Defendant**

**WARNER-LAMBERT COMPANY**  represented by  **RICHARD G. PLACEY**  
(See above for address)  
*ATTORNEY TO BE NOTICED*

**Defendant**

**PARKE-DAVIS**  represented by  **RICHARD G. PLACEY**  
*a Division of*  (See above for address)  
*WARNER-LAMBERT COMPANY*  *ATTORNEY TO BE NOTICED*

| Date Filed | # | Docket Text |
|---|---|---|
| 09/22/2004 | 1 | COMPLAINT against PARKE-DAVIS, PFIZER INC, WARNER-LAMBERT COMPANY ( Filing fee $ 150 receipt number 326250.) JURY DEMAND, filed by ALASKA ELECTRICAL PENSION FUND.(ji, ) (Entered: 09/23/2004) |
| 09/23/2004 |  | Summons Issued as to PARKE-DAVIS, PFIZER INC, WARNER-LAMBERT COMPANY.Days Due - 20 (MAILED TO COUNSEL). (ji, ) (Entered: 09/23/2004) |
| 10/15/2004 | 2 | AMENDED DOCUMENT by ALASKA ELECTRICAL PENSION FUND. *CORRECTED Complaint for Violations of the Racketeer Influenced and Corrupt Organizations Act, the New Jersey Consumer Fraud Act, for Unjust Enrichment and Request for Injunctive Relief (Demand for Jury Trial).* (PEARLMAN, PETER) (Entered: 10/15/2004) |
| 12/08/2004 | 3 | NOTICE of Appearance by RICHARD G. PLACEY on behalf of all defendants (PLACEY, RICHARD) (Entered: 12/08/2004) |
| 12/08/2004 | 4 | CONSENT ORDER WAIVING SERVICE UNDER F.R.CIV.P.4(d), AND SETTING TIME WITHIN WHICH |

|  |  | DEFTS. SHALL RESPOND TO COMPLAINT PENDING TRANSFER TO THE NEURONTIN MDL COURT. Signed by Judge Madeline C. Arleo on 12/6/04. (dc, ) (Entered: 12/09/2004) |
|---|---|---|
| 12/16/2004 | 5 | NOTICE of Appearance by PETER S. PEARLMAN on behalf of ALASKA ELECTRICAL PENSION FUND (PEARLMAN, PETER) (Entered: 12/16/2004) |
| 12/21/2004 | 6 | CERTIFIED COPY OF MDL ORDER transferring case to U.S. District Court for the District of Massachusetts. Signed by Judge No Judge Assigned on 12/15/04. (dc, ) (Entered: 12/27/2004) |
| 01/10/2005 | 7 | CERTIFIED MAIL RETURN RECEIPT re 6 Certified Copy of MDL Order Transferring Case to the U.S.D.C for the District of Massachusetts (Attachments: # 1 Return Receipt, Back)(dc, ) (Entered: 01/13/2005) |

| PACER Service Center | | | |
|---|---|---|---|
| Transaction Receipt | | | |
| 01/18/2005 10:12:16 | | | |
| **PACER Login:** | us2510 | **Client Code:** | |
| **Description:** | Docket Report | **Search Criteria:** | 2:04-cv-04593-JAP-MCA Start date: 1/1/1970 End date: 1/18/2005 |
| **Billable Pages:** | 2 | **Cost:** | 0.16 |